■ NANCY K. FEUER, Respondent, v. MYRON C. FEUER, Appellant.— Order entered in the Supreme Court, New York County, on June 26, 1974, denying a motion to punish plaintiff for contempt for failure to permit visitation of children and related relief, unanimously affirmed, without costs and without disbursements, and without prejudice to a renewal of the motion together with a request for an evidentiary hearing or an immediate trial. Detailed visitation rights were granted to defendant father. The affidavits upon which this application was denied present sharp issues of fact which cannot be resolved without a hearing. This divorce case has been at issue since July, 1973. Custody, visitation and all its ramifications are important issues. Special Term should order an evidentiary hearing or preferably an immediate trial in accordance with section 249 of the Domestic Relations Law, which has legislatively expressed the entitlement to preference in the trial of such matters where justice so requires. Concur — Nunez, J. P., Kupferman, Lupiano, Steuer and Lane, JJ.

■ In the Matter of EUGENE LOUGHLIN, Doing Business as DANNY'S, Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Proceeding under article 78 of the CPLR to review a determination of the State Liquor Authority, made on May 7, 1974, which canceled petitioner's restaurant liquor license issued for premises 140 Seventh Avenue, New York City, and directed forfeiture of the $1,000 bond. Determination unanimously modified, on the law and in the exercise of discretion, to the extent of annulling such cancellation and substituting therefor a provision that petitioner's license be suspended for a period of three months; and as so modified, the determination is confirmed, without costs or disbursements. In our opinion, upon the record before us, cancellation of petitioner's license was so disproportionate to petitioner's offense as to constitute an abuse of discretion; and the penalty should have been limited to the suspension and bond claim as indicated herein. Concur — Nunez, J. P., Kupferman, Murphy, Lupiano and Tilzer, JJ.

■ In the Matter of SEYMOUR BROWN, an Attorney.— Motion for reargument and for other relief denied in all respects. The stay of suspension, dated July 30, 1974, affixed to the notice of motion is vacated, and the order of this court entered on July 9, 1974 is amended insofar as to change the effective date of respondent's suspension from August 9, 1974 to October 18, 1974. Concur — McGivern, P. J., Markewich, Nunez, Kupferman and Murphy, JJ.

## (October 10, 1974)

■ MARY BURKE, as Executrix of JOSEPH H. BURKE, Deceased, et al., Appellants, v. PANCONTINENTAL MARINE, INC., Respondent.— Order and judgment (one paper), Supreme Court, New York County, entered on July 7, 1972, unanimously affirmed, without costs and without disbursements, and without prejudice to an application by appellants at Special Term for leave to serve an amended complaint asserting a claim in *quantum meruit*. No opinion. Concur — Nunez, J. P., Kupferman, Murphy, Steuer and Capozzoli, JJ.